**LAW OFFICES OF**
# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com

November 19, 2019

**Via ECF**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Taboada, et al.**
1:19-cr-00117-WHP-2

Dear Judge Pauley;

As you know, I represent Daniel Duran in the aforementioned case. I am respectfully requesting permission on behalf of Mr. Duran to travel with his family to Miami, Florida on Friday, November 22, 2019 until Thursday, December 5, 2019. The reason for this trip is for vacation. AUSA Daniel Wolf has no objection to this request. US Pretrial Services has indicated that they defer to the Government's position.

If granted permission, counsel has no doubt that Mr. Duran will comply with all conditions imposed by the Court and pretrial services. Thank you for your time and consideration in this matter.

Respectfully submitted,

Murray Richman

MR/as

cc: AUSA Daniel Wolf
    Via ECF

US Pretrial Services
Via email: Bernisa_Mejia@nyspt.uscourts.gov

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

November 19, 2019