# LAW OFFICES OF
# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com

March 17, 2021

**VIA ECF**

Hon. William H. Pauley, III
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920

Re: **United States v. Taboada et al**
1:19-cr-00117-WHP-2

Dear Judge Pauley, III:

Please be advised that I am the attorney for Daniel Duran who is presently under supervised release. Mr. Duran's Pretrial Services Officer is James Navarro.

My client is presently living in Florida and is seeking to open up a personal and business bank account. Mr. Duran has set up a business in Florida. I recognize that pursuant to the conditions of the supervised release, Mr. Duran requires permission of the Court.

I spoke to AUSA Daniel Wolf who stated that he has no objection, subject to the approval of Pretrial Services Officer James Navarro. I had the occasion to speak to James Navarro on March 16, 2021, who stated that he has no objection to Mr. Duran opening up a personal and business bank account provided that on occasions, upon his request, he can review the accounts with the defendant.

Under those conditions, I most respectfully request that he is given permission to open up a bank account for his personal as well as business purposes. Your attention to this request is greatly appreciated.

Respectfully submitted,

MURRAY RICHMAN

MR/cs

cc: AUSA Daniel Wolf via ECF
PTSO James Navarro via Email

Application granted. Defendant is directed to provide all bank information details to Pretrial Services.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

March 17, 2021