*LAW OFFICES OF*
# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com

March 22, 2022

**REQUEST GRANTED.**
**The Court permits Mr. Duran to travel as proposed.**

**VIA ECF**

3/23/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Hon. Lewis J. Liman
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, Room 1920
New York, New York 10007

Re: ***United States v. Taboada et al***
1:19-cr-00117-LJL-2

Dear Judge Liman:

Please be advised that I am the attorney for Daniel Duran who is presently under supervised release. Mr. Duran's Pretrial Services Officer is James Navarro.

My client is presently living in Florida and is seeking permission to travel to Las Vegas, NV to celebrate his birthday with his family for three days, leaving Wednesday, April 27, and returning Saturday, April 30, 2022. I have communicated with AUSA Daniel Wolf and Pretrial Services Officer James Navarro and both have indicated, no objection to this travel request.

Thank you for your time and consideration in this matter.

Respectfully submitted,

MURRAY RICHMAN

MR/cs

cc: AUSA Daniel Wolf via ECF
    PTSO James Navarro via Email