UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
-v-                                                    :        19-CR-117-2 (LJL)
:
DANIEL DURAN,                                          :        ORDER
:
Defendant.                           :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court, having reviewed the plea hearing transcript of July 1, 2019, confirms defendant's waiver of indictment to the superseding information and hereby authorizes the filing of the superseding information. The Clerk of Court is respectfully directed to file the superseding information in this matter.

SO ORDERED.

Dated: November 29, 2022
       New York, New York
                                                     _____
                                                           LEWIS J. LIMAN
                                                        United States District Judge