LAW OFFICES OF
# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@outlook.com

October 25, 2023

> **MEMO ENDORSEMENT.**
> Defendant's application to modify his terms of supervised release pursuant to 18 U.S.C. 3583(e)(2) is granted to permit Defendant to travel within the State of Florida to perform his work and to permit Defendant to travel to the District of New Jersey for a period of no more than 30 days. Defendant is required to notify the U.S. Probation Officer by telephone call, text message, or email correspondence at least 24 hours before any travel outside of the Southern District of Florida and must produce a copy of the defendant's travel itinerary and locations of residence. Defendant must also always be accessible by phone by a telephone number provided to the U.S. Probation Officer.
>
> 10/30/2023
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *USA v. Taboada, et al.*
1:19-cr-00117-LJL-2

Dear Judge Liman:

     Please be advised that I am representing Daniel Duran in the aforementioned case. On November 18, 2022, Your Honor sentenced Mr. Duran to time served and five years of supervised release.

     I am writing to request Daniel Duran's permission to visit New Jersey sometime next week for at least 30 days. Duran may report to Probation in the district of New Jersey and reside with his aunt and uncle at 4209 Beacon Ave, Pennsauken NJ 08109 if he is permitted to do so.

     Additionally, Mr. Duran wishes to have his conditions of release modified so that he can travel to any part of Florida at any time to perform his work. Mr. Duran searches for and inspects potential investments for private investors in his role as a wholesaler.

     AUSA Daniel Wolf defers to probation's views. I have communicated with US Probation Officer Harry D. Marcelin of the Southern District of Florida, who objects to Mr. Duran traveling to New Jersey for more than 30 days. USPO Marcelin does not have any objections to Mr. Duran traveling all over Florida for work purposes as long as the defendant provides an itinerary before leaving the district.

     Your prompt attention to this request is greatly appreciated.

Respectfully submitted,

MURRAY RICHMAN

MR/cs

cc: AUSA Wolf via ECF
    US Probation via E-Mail: Harry_Marcelin@flsp.uscourts.gov